AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CW_____
DEPUTY

| | |
|---|---|
| United States of America )<br>v. )<br>DEFENDANT: GRANADILLO-Padilla, Ricardo )<br>)<br>)<br>)<br>)<br>*Defendant(s)* | Case No. EP:25-m-00278-MAT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **10/01/2022** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325 (a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on January 22, 2025 at 02:15 PM and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Cesar E. Ponce, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2025

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____Fidel Morales_____
January 23, 2025    Deputy

# CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

Defendant: GRANADILLO-Padilla, Ricardo

PEPT#

01/22/2025

FACTS    (CONTINUED)
The DEFENDANT, Ricardo GRANADILLO-Padilla, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on October 1, 2022, by walking across the riverbed of the Rio Grande River, approximately 3.5 miles east of the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.

The DEFENDANT was detained on an administrative immigration violation by United States Border Patrol Agents and transferred to the Rio Grande Valley Centralized Processing Center in McAllen, Texas, for detention and processing. The DEFENDANT was paroled due to time in custody constraints at the Rio Grande Valley Centralized Processing Center in McAllen, Texas. The DEFENDANT did not appear for a scheduled immigration appointment on September 12, 2024.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


Immigration History:
NONE

Criminal History:
NONE

Attachment A

The DEFENDANT, Ricardo GRANADILLO-Padilla, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on October 1, 2022, by walking across the riverbed of the Rio Grande River, approximately 3.5 miles east of the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.

The DEFENDANT was detained on an administrative immigration violation by United States Border Patrol Agents and transferred to the Rio Grande Valley Centralized Processing Center in McAllen, Texas, for detention and processing. The DEFENDANT was paroled due to time in custody constraints at the Rio Grande Valley Centralized Processing Center in McAllen, Texas. The DEFENDANT did not appear for a scheduled immigration appointment on September 12, 2024.